Commonwealth *v.* Coleman, Appellant.

Argued March 18, 1971. *James R. Humer,* Public Defender, for

appellant; *Harold E. Sheely,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.